UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Randall Arthur Radunz,

        Plaintiff,                Civil No. 07-2092 (RHK/RLE)

vs.                              **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Judge Gregg E. Johnson, Ramsey
County District Court, Lori Swanson,
State Attorney General,

        Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 30, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge

Dockets.Justia.com